UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BRINKLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>PAM AHLIN, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:09-cv-01858-MJS (PC)<br><br>ORDER VACATING ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 20)<br><br>ORDER RE-FORWARDING SERVICE DOCUMENTS TO PLAINTIFF AND EXTENDING TIME FOR COMPLETION AND RETURN<br><br>(ECF No. 19)<br><br>THIRTY (30) DAY DEADLINE |

    Plaintiff Bernard Brinkley is a civil detainee proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 5.) Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 7.)

-1-

On May 24, 2012, the Court issued an order authorizing service of Plaintiff's Second Amended Complaint on Defendant Singh, and requiring Plaintiff to fill out and return the USM-285 form, summons, and a notice of submission of documents form within thirty days. (ECF No. 19.) Plaintiff failed to meet the thirty day service deadline specified in the Court's May 24, 2012 order. On September 6, 2012, the Court issued an order requiring that Plaintiff, within fifteen days show cause why this action should not be dismissed for failure to prosecute. (ECF No. 20.) On September 17, 2012, Plaintiff filed his response (ECF No. 21) to the Court's September 6, 2012 order; in it he described delays in the prison mail system and requested copies of the service documents along with an extension of time for to complete and return them to the Court.

Accordingly, good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR it is hereby ORDERED that:

1. The September 6, 2012 order to show cause (ECF No. 20) is hereby VACATED,

2. Plaintiff's request for re-forwarding of service documents and for an extension of time to complete and return service documents is GRANTED such that:

   a. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed May 8, 2012,

   b. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and

submit the completed Notice to the Court with the following documents:

(1) Completed summons,

(2) One completed USM-285 form for Defendant Joginder Singh, Chief Medical Officer, Coalinga State Hospital, and

(3) Two (2) copies of the endorsed Second Amended Complaint filed May 8, 2012,

    c.    Plaintiff need not attempt service on the Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs,

3.    **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  September 18, 2012         /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE