1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

10

BERNARD BRINKLEY,                              CASE No. 1:09-cv-01858-MJS (PC)

11                                             ORDER DISCHARGING ORDER TO
            Plaintiff,                         SHOW CAUSE
12
      v.                                       (ECF Nos. 26, 27)
13

14   PAM AHLIN, et al.,

15
            Defendants.
16
_____/
17

Plaintiff Bernard Brinkley is a civil detainee proceeding pro se and in forma
18
pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 5.) This action
19
proceeds on the Second Amended Complaint against Defendant Joginder Singh, Chief
20
Medical Officer, Coalinga State Hospital, for the violation of Plaintiff's substantive due
21
process right to adequate medical care. (ECF No. 19.)
22
On October 2, 2012, the Court ordered service upon Defendant Singh by the
23
U.S. Marshal, and imposed a service deadline of February 4, 2013. (ECF No. 24.)
24
Defendant Singh, however, could not be located despite numerous attempts. The
25
Marshal thereupon certified inability to locate this Defendant and returned process
26
unexecuted. (ECF No. 25.)
27
The Court ordered Plaintiff to show cause why this action should not be
28

dismissed for failure to provide the U.S. Marshal with information sufficient to effect timely service of the summons and complaint. (ECF No. 26.) Plaintiff timely responded that Defendant Singh is currently employed at the Department of State Hospitals Coalinga facility. (ECF No. 27.)

Based upon the foregoing, the Order to show cause (ECF No. 26) is hereby DISCHARGED.


IT IS SO ORDERED.

Dated:    June 3, 2013                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE