UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BRINKLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　Defendants. | CASE No. 1:09-cv-01858-MJS<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST HIM<br><br>(ECF No. 33) |

By an order filed November 27, 2013, this court directed the United States Marshal to serve all process without prepayment of costs. (ECF No. 32.) On April 7, 2014, the Marshal returned the summons and complaint indicating service on Defendant Singh had been executed. (ECF No. 33.) Defendant, although properly served[1], has not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Singh show cause, within twenty-one days from the date of this order, why default should not be entered;

2. The failure to file a response to this order will result in entry of default;

3. The issuance of this order operates as an extension of twenty-one days from the date of service of this order to respond to the amended complaint;

4. The Clerk of the Court shall forward a copy of this order to Defendant Singh;

---

[1] Court records indicate that Defendant Singh accepted service on March 11, 2014. (ECF No. 33.)

1

and

     5.  The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

IT IS SO ORDERED.

Dated:  June 2, 2014                           /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE