UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BRINKLEY, | CASE No. 1:09-cv-01858-MJS |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF No. 34) |
| PAM AHLIN, et al., | |
| Defendants. | |

By an order filed November 27, 2013, this court directed the United States Marshal to serve all process without prepayment of costs. (ECF No. 32.) On April 7, 2014, the Marshal returned the summons and complaint indicating service on Defendant Singh had been executed. (ECF No. 33.) The deadline to file a responsive pleading passed without a filing from Defendant.

On June 2, 2014, the Court issued an order requiring Defendant to show cause by not later than June 23, 2014 why default should not be entered against him. (ECF No. 34.) On June 10, 2014, Defendant answered the operative pleading and filed a response to the Court's order to show cause. (ECF Nos. 35 and 36.)

Accordingly, for good cause shown IT IS HEREBY ORDERED that the June 2,

2014 Order to Show Cause (ECF No. 34) is discharged.

IT IS SO ORDERED.

Dated:   June 19, 2014            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE